# CASOS RESUELTOS CON OPINION Y NO PUBLICADOS.

No. 1528. GUAL, APELANTE, *v.* ANDÚJAR, APELADO.—Reivindicación. San Juan, Sec. 1ª. Marzo 30, 1917. *Confirmada.*

No. 1514. DROS, APELADA, *v.* SANTIAGO, APELANTE.—Indemnización por seducción. Ponce. Abril 10, 1917. *Confirmada.*

No. 1158. EL PUEBLO, APELADO, *v.* MADERA, APELANTE.—Infracción a la Ley de Automóviles. Humacao. Mayo 22, 1917. *Confirmada.*

No. 1157. EL PUEBLO, APELADO, *v.* CRUZ, APELANTE.—Adulteración de leche. San Juan, Sec. 2ª. Mayo 22, 1917. *Confirmada.*

No. 1558. APONTE, APELANTE, *v.* HOCKING, APELADO.—Reclamación y entrega de propiedad personal. Mayagüez. Junio 19, 1917. *Confirmada.*

No. 1743. MAJEHNS, APELANTE, *v.* PADÍN, APELADO,—Reivindicación y confesoria de servidumbre. San Juan, Sec. 1ª. Noviembre 21, 1917. *Desestimada la apelación.*